NOT FOR PUBLICATION (Doc. No. 116)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

|  |  |
|---|---|
| CECILIA J. FOGARTY, | |
| Plaintiff, | Civil No. 14-4525 (RBK/JS) |
| v. | **ORDER** |
| HOUSEHOLD FINANCE CORPORATION III, et al., | |
| Defendants. | |

**Kugler**, United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiff Cecilia J. Fogarty's motion for default judgment against Dora J. Cullen pursuant to Federal Rule of Civil Procedure 55(b)(2) (Doc. No. 116), and the Court having considered the Plaintiff's unopposed moving papers and the affidavits and exhibits appended thereto, and for the reasons expressed in the Opinion issued on this date;

**IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment is **DENIED WITHOUT PREJUDICE**.

Dated:   02/27/2017

s/ Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge