# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| CECILIA J. FOGARTY, | |
| Plaintiff, | Civil No. 14-4525 (RBK/JS) |
| v. | |
| | **ORDER** |
| HOUSEHOLD FINANCE CORPORATION III, *et al.*, | |
| Defendants. | |

**KUGLER**, United States District Judge:

This matter comes before the Court on consideration of the Report and Recommendation (the "Report") of Magistrate Judge Schneider (Doc. No. 203) on his consideration of Defendants' Motion to Enforce Settlement (Doc. No. 191), and the Court having considered the Defendants' submission and the Report; and

**THE COURT NOTING** that Plaintiff has not objected to the Report.

**IT IS HEREBY ORDERED** that Defendants' Motion to Enforce Settlement is **GRANTED** as follows:

1. Plaintiff Cecilia Fogarty ("Plaintiff") and Defendant John Fogarty ("JPF") shall execute the Settlement Agreement and Release submitted as Exhibit "14" to the Motion (the "Settlement Agreement"); and

2. After HFC supplies Plaintiff's counsel and JPF with a recorded copy of the Mortgage Satisfaction Referenced in the Settlement Agreement:

    a. Plaintiff's claims against HFC shall be deemed dismissed with prejudice;
    b. HFC's counterclaims against Plaintiff shall be deemed dismissed with prejudice; and

1

c. HFC's cross-claims against JPF and Defendant Dora Cullen shall be deemed dismissed without prejudice.

Dated: 8/22/18                                              /s/ Robert B. Kugler
                                                            ROBERT B. KUGLER
                                                            United States District Judge